235 So.2d 99

**Frank B. AKIN et al.**

**v.**

**CADDO PARISH POLICE JURY.**

**No. 50577.**

May 25, 1970.

Writ refused. The result reached by the Court of Appeal is correct.

235 So.2d 99

**STATE of Louisiana**

**v.**

**James Jackson ROBERTS.**

**No. 50582.**

May 25, 1970.

The application is denied. Applicant's remedy is to renew his application in the event of his conviction.

BARHAM, J., is of the opinion the writ should be granted. There is merit in the motion to quash and the applicant should not be forced to trial if there is no legal charge of a crime. He should not have to await conviction to seek redress from us on writ application.